JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NEW PRIME, INC.

**DEFENDANTS**
TRANSERVICE LOGISTICS, INC.

(b)   County of Residence of First Listed Plaintiff   **Greene County, MO**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Nassau County, NY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(C)   Attorneys *(Firm Name, Address, and Telephone Number)*
Cynthia M. Certo, Esquire
Ryan, Brown, Berger & Gibbons, P.C. (215) 564-3800
1600 Market Street, 14th Floor, Philadelphia, PA 19103-7240

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box only)*

O 1   U.S. Government
Plaintiff

O 3   Federal Question
*(U.S. Government Not a Party)*

O 2   U.S. Government
Defendant

X 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | O 1 | X 1 | Incorporated or Principal Place of Business In This State | O 4 | X 4 |
| Citizen of Another State | X 2 | X 2 | Incorporated and Principal Place of Business In Another State | O 5 | X 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: * * *

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| O 110 Insurance | **PERSONAL INJURY** | O 625 Drug Related Seizure | O 422 Appeal 28 USC 158 | O 375 False Claims Act |
| O 120 Marine | O 310 Airplane | of Property 21 USC 881 | O 423 Withdrawal | O 376 Qui Tam (31 USC |
| O 130 Miller Act | O 315 Airplane Product | O 690 Other | 28 USC 157 | 3729(a)) |
| O 140 Negotiable Instrument | Liability | **PERSONAL INJURY** |  | O 400 State Reapportionment |
| O 150 Recovery of Overpayment | O 320 Assault. Libel & | O 365 Personal Injury – | **PROPERTY RIGHTS** | O 410 Antitrust |
| & Enforcement of Judgment | Slander | Product Liability | O 820 Copyright | O 430 Banks and Banking |
| O 151 Medicare Act | O 330 Federal Employers' | O 367 Health Care/ | O 830 Patent | O 450 Commerce |
| O 152 Recovery of Defaulted | Liability | Pharmaceutical | O 835 Patent - Abbreviated | O 460 Deportation |
| Student Loans | O 340 Marine | Personal Injury | New Drug Application | O 470 Racketeer Influenced and |
| (Excludes Veterans) | O 345 Marine Product | Product Liability | O 840 Trademark | Corrupt Organizations |
| O 153 Recovery of Overpayment | Liability | O 368 Asbestos Personal | | O 480 Consumer Credit |
| of Veteran's Benefits | O 350 Motor Vehicle | Injury Product Liability | **SOCIAL SECURITY** | O 490 Cable/Sat TV |
| O 160 Stockholders' Suits | O 355 Motor Vehicle | **PERSONAL PROPERTY** | O 861 HIA (1395ff) | O 850 Securities/Commodities/ |
| O 190 Other Contract | Product Liability | O 370 Other Fraud | O 862 Black Lung (923) | Exchange |
| O 195 Contract Product Liability | O 360 Other Personal | O 371 Truth in Lending | O 863 DIWC/DIWW (405(g)) | O 890 Other Statutory Actions |
| O 196 Franchise | Injury | X 380 Other Personal | O 864 SSID Title XVI | O 891 Agricultural Acts |
|  | O 362 Personal Injury – | Property Damage | O 865 RSI (405(g)) | O 893 Environmental Matters |
|  | Medical Malpractice | O 385 Property Damage Product Liability |  | O 895 Freedom of Information Act |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | LABOR | FEDERAL TAX SUITS | |
|---|---|---|---|---|---|
| O 210 Land Condemnation | O 440 Other Civil Rights | **Habeas Corpus:** | O 710 Fair Labor Standards Act | O 870 Taxes (U.S. Plaintiff or Defendant) | O 896 Arbitration |
| O 220 Foreclosure | O 441 Voting | O 463 Alien Detainee | O 720 Labor/Management Relations | O 871 IRS-Third Party 26 USC 7609 | O 899 Administrative Procedure Act/Review or Appeal of |
| O 230 Rent Lease & Ejectment | O 442 Employment | O 510 Motions to Vacate Sentence | O 740 Railway Labor Act | | Agency Decision |
| O 240 Torts to Land | O 443 Housing/ Accommodations | O 530 General | O 751 Family and Medical Leave Act | | O 950 Constitutionality of State Statutes |
| O 245 Tort Product Liability | O 445 Amer. w/Disabilities – Employment | O 535 Death Penalty | O 790 Other Labor Litigation | **IMMIGRATION** | |
| O 290 All Other Real Property | O 446 Amer. w/Disabilities – Other | **Other:** | O 791 Employee Retirement Income Security Act | O 462 Naturalization Application | |
| | O 448 Education | O 540 Mandamus & Other | | O 465 Other Immigration Actions | |
| | | O 550 Civil Rights | | | |
| | | O 555 Prison Condition | | | |
| | | O 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

X 1   Original
Proceeding

O 2   Removed from
State Court

O 3   Remanded from
Appellate Court

O 4   Reinstated or
Reopened

O 5   Transferred from
Another District
*(specify)*

O 6   Multidistrict
Litigation -
Transfer

O 8   Multidistrict
Litigation-
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(a)
Brief description of cause:
Property damage resulting from multi-vehicle collisions on 2/13/16 in Lebanon County, PA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND$
151,905.01

CHECK YES only if demanded in complaint:
JURY DEMAND:   Yes   X No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE  Chief Judge Christopher Conner

DOCKET NUMBER  see attached list

DATE  **2/1/2018**

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## RELATED CASES:

| | |
|---|---|
| 1:18-cv-00187-CCC (M.D. Pa.) | Petit v. Penske Truck Leasing Corp., *et al.* |
| 1:18-cv-00064-CCC (M.D. Pa.) | Lesko v. Old Dominion Freight Lines, *et al.* |
| 1:16-cv-02181-CCC (M.D. Pa.) | Montemarano v. Penske Truck Leasing Corp., *et al.* |
| 2:16-cv-03278 –KSH-CLW (DNJ) | Jakubik v. Old Dominion Freight Lines, *et al.* |
| | |
| Lebanon County 2018-00180 | Figueroa v. OMG Trucking Corp. |
| Lebanon County 2018-00059 | Figueroa v. Kinnick, *et al.* |
| Lebanon County 2017-01788 | Figueroa v. defendants |
| Lebanon County 2017-00059 | Pear v. Fantom, *et al.* |
| | |
| Philadelphia County 170601175 | Casale v. Penske Truck Leasing, *et al.* |
| Philadelphia County 170601412 | Ruck-Perry v. LoneStar, *et al.* |
| Philadelphia County 170104867 | Bellacicco v. Penske Truck Leasing Co., *et al.* |
| Philadelphia County 171002976 | Pettit v. Penske Truck Leasing Corp., *et al.* |

## DEFENDANT LIST:

TRANSERVICE LOGISTICS, INC.
5 Dakota Drive
New Hyde Park, NY 11042

ESTATE OF ALFRED D. KINNICK,
1015 Washington College Station Road
Limestone, TN 37681

FEDEX GROUND PACKAGE
   SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108

OMG TRUCKING CORP.
3609 La Manna Drive
Sterling Heights, MI 48310

SHOTA MANVELIDZE
12 Francis Avenue, Apt. 2B
Nyack, NY 10960

OLD DOMINION FREIGHT LINE
500 Old Dominion Way
Thomasville, NC 27360

DANNY FANTOM
58 Jamestown Road
Shippensburg, PA 17257

TOTAL TRANSPORTATION
   OF MISSISSIPPI LLC
125 Riverview Drive
Richland, MS 39218

CLARENCE HERMAN
387 Calloway Road
Philadelphia, TN 37846

LANDES TRUCKING
4366 Mount Pleasure Street
North Canton, OH 44720

DANIEL MOLLENKOPF
407 Golf Avenue
Ellwood City, PA 16117

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


NEW PRIME, INC.                                              :
2740 Mayfair Avenue                                         :
Springfield, MO 65803                                       :
               Plaintiff,                :
                                                :
          v.                                           :        NO.
                                                  :
TRANSERVICE LOGISTICS, INC.                                 :
5 Dakota Drive                                              :
New Hyde Park, NY 11042                                     :
                                                :
ESTATE OF ALFRED D. KINNICK,                                ;
DECEASED                                                    :
1015 Washington College Station Road                        :
Limestone, TN 37681                                         :
                                                :
and                                                         :
                                                :
FEDEX GROUND PACKAGE                                        :
   SYSTEM, INC.                                             :
1000 FedEx Drive                                            :
Moon Township, PA 15108                                     :
                                                :
OMG TRUCKING CORP.                                          :
3609 La Manna Drive                                         :
Sterling Heights, MI 48310                                  :
                                                :
SHOTA MANVELIDZE                                            :
12 Francis Avenue, Apt. 2B                                  :
Nyack, NY 10960                                             :
                                                :
and                                                         :
                                                :
OLD DOMINION FREIGHT LINE                                   :
500 Old Dominion Way                                        :
Thomasville, NC 27360                                       :
                                                :
DANNY FANTOM                                                :
58 Jamestown Road                                           :
Shippensburg, PA 17257                                      :
                                                :
and                                                         :

LANDES TRUCKING                          :
4366 Mount Pleasure Street               :
North Canton, OH 44720                   :
                                         :
DANIEL MOLLENKOPF                        :
407 Golf Avenue                          :
Ellwood City, PA 16117                   :
                                         :
and                                      :
                                         :
TOTAL TRANSPORTATION                     :
   OF MISSISSIPPI LLC                     :
125 Riverview Drive                      :
Richland, MS 39218                       :
                                         :
CLARENCE HERMAN                          :
387 Calloway Road                        :
Philadelphia, TN 37846                   :

## CIVIL ACTION COMPLAINT

Plaintiff, New Prime, Inc., (hereinafter "Plaintiff") by its counsel, Ryan, Brown, McDonnell, Berger & Gibbons, P.C., hereby files this Civil Action Complaint in the above-captioned matter as follows:

### PARTIES

1.      Plaintiff, New Prime, Inc., is a business incorporated in the State of Nebraska with a principal place of business located in Springfield, Missouri.

2.      At all relevant times, Plaintiff was the registered owner of a silver 2016 Freightliner (VIN: 3AJJGLD58GSHC3025) bearing Missouri license plate 31AP8G, and a Wabash trailer (VIN: 1JJV532B6FL840211; also identified as New Prime TRL#153627).

3.      The aforementioned vehicle was operated under the authority of Plaintiff, and hauling a load of seafood at the time of a multi-vehicle accident which occurred on February 13, 2016, on I-78 westbound in Bethel Township, Lebanon County, Pennsylvania.

4.      Defendant, Old Dominion Freight Line ("Old Dominion") is a corporation or other business entity incorporated under the laws of Delaware with its principal place of business in Thomasville, North Carolina.

5.      At all relevant times, Defendant Old Dominion acted by itself, and by and through its drivers, agents, servants and/or employees.

6.      At all relevant times, Defendant Old Dominion was the owner or lessee of a white 2016 Freightliner (VIN: 1FUBGDD55GLG20010), bearing North Carolina license plate MR2619.

7.      At all relevant times, Defendant Old Dominion was the owner or lessee of a tractor-trailer unit including a green 2016 Freightliner sleeper cab (VIN: 1FUBGK057GLGV9798), bearing North Carolina license plate MN6259, and hauling double Wabash trailers.

8.      The aforementioned vehicles were operated under the authority of Defendant Old Dominion.

9.      Defendant, Danny Fantom, is an adult person and citizen of the Commonwealth of Pennsylvania.

10.     At all relevant times, Defendant Fantom was the agent, servant and/or employee of Defendant Old Dominion.

11.     At all relevant times, Defendant Fantom and/or another agent, servant and/or employee of Defendant Old Dominion, operated the aforementioned vehicles, and were acting within the course and scope of his/her/their employment with Defendant Old Dominion.

12.     Defendant, Transervice Logistics, Inc. ("Transervice") is a corporation or other business entity incorporated under the laws of the State of New York with its principal place of

business in New Hyde Park, New York.

13.   At all relevant times, Defendant Transervice acted by itself and by and through its drivers, agents, servants and/or employees.

14.   At all relevant times, Defendant Transervice was the owner or lessee of a tractor-trailer unit including a white 2016 Freightliner sleeper cab (VIN: 1FUJGLD57GLHR3552), bearing Illinois license plate 2383128, and hauling a Wabash trailer.

15.   At all relevant times, the aforementioned tractor-trailer was operated under the authority of Defendant Transervice.

16.   At all relevant times, the operator of the aforementioned tractor-trailer, ALFRED D. KINNICK (now deceased) was an agent, servant and/or employee of Defendant Transervice, and was acting within the course and scope of his employment with Defendant Transervice.

17.   Defendant, FedEx Ground Package System, Inc. ("FedEx") is a corporation or other business entity incorporated under the laws of the State of Delaware, with its principal place of business in Moon Township, Pennsylvania.

18.   Defendant, OMG Trucking Corp. ("OMG"), is a corporation or other business entity incorporated under the laws of the State of Michigan, with its principal place of business in Sterling Heights, Michigan.

19.   At all relevant times, the aforementioned tractor-trailer was operated under the authority of Defendant FedEx and/or Defendant OMG, pursuant to a contractor operating agreement.

20.   At all relevant times, Defendants FedEx and OMG acted by themselves and by and through their drivers, agents, servants and/or employees.

21.     At all relevant times, Defendant FedEx and/or Defendant OMG was the owner or lessee of a tractor-trailer unit including double Wabash trailers being hauled by a white 2009 Volvo sleeper cab (VIN:  4V4NC9TH59N279615), bearing Indiana license plate 900014.

22.     Defendant, Shota Manvelidze is an adult person and citizen of the State of New York.

23.     At all relevant times, Defendant Manvelidze was the agent, servant and/or employee of Defendant FedEx.

24.     At all relevant times, Defendant Manvelidze was the employee of Defendant OMG.

25.     At all relevant times, Defendant Manvelidze operated the aforementioned tractor-trailer and was acting within the course and scope of his employment with Defendant OMG and Defendant FedEx.

26.     At all relevant times, Defendant Manvelidze operated the aforementioned tractor-trailer in furtherance of the business of Defendant FedEx.

27.     Defendant, Landes Trucking, LLC ("Landes") is a limited liability corporation or other business entity incorporated under the laws of Delaware with its principal place of business in Thomasville, North Carolina.

28.     At all relevant times, Defendant Landes acted by itself and by and through its drivers, agents, servants and/or employees.

29.     At all relevant times, Defendant Landes was the owner or lessee of a tractor-trailer unit including a white 2013 Freightliner sleeper cab (VIN: 4V4NC9EH2DN136224), bearing Illinois license plate P814492, and hauling a silver tanker.

30.    At all relevant times, the aforementioned tractor-trailer was operated under the authority of Defendant Landes.

31.    At all relevant times, the operator of the aforementioned tractor-trailer was an agent, servant and/or employee of Defendant Landes, and was acting within the course and scope of his employment with Defendant Landes.

32.    Defendant, Total Transportation of Mississippi ("Total Transportation") is a limited liability corporation or other business entity incorporated under the laws of the State of Mississippi, with its principal place of business in Richland, Mississippi.

33.    At all relevant times, Defendant Total Transportation acted by itself and by and through its drivers, agents, servants and/or employees.

34.    At all relevant times, Defendant Total Transportation owned or leased a tractor-trailer unit including a red 2015 Freightliner (VIN: 3AKJGLD50FSGH7513), bearing Oklahoma license plate VQ971, and hauling a trailer.

35.    At all relevant times, said tractor trailer was operated under the authority of Defendant Total Transportation.

36.    Defendant, Clarence Herman, is an adult person and citizen of the State of Tennessee.

37.    At all relevant times, Defendant Herman was the agent, servant and/or employee of Defendant Total Transportation.

38.    At all relevant times, Defendant Herman operated the aforementioned tractor-trailer, and was acting within the course and scope of his employment with Defendant Total Transportation.

## JURISDICTION AND VENUE

39.     The Court has proper jurisdiction over this case pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between Plaintiff and Defendants, and the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

40.     Venue is proper in the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1391 because a substantial part of the events and/or omissions giving rise to this claim occurred in Lebanon County, Pennsylvania.

## FACTS

41.     The allegations set forth above are incorporated by reference as if set forth in full herein

42.     On or about February 13, 2016, at approximately 9:30 a.m., all of the vehicles identified herein were traveling in the westbound lanes of Interstate 78 (I-78) at or near mile marker 7.4 in Bethel Township, Lebanon County, Pennsylvania.

43.     On or about the above date and time, Defendant Old Dominion, through the negligent actions of its driver and/or Defendant Fantom (including, but not limited to, changing lanes when it was not safe to do so), negligently lost control of white 2016 Freightliner tractor-trailer bearing North Carolina license plate MR2619, causing it to slide and strike other vehicles.

44.     As a result, Defendant Old Dominion's white 2016 Freightliner tractor-trailer trailer bearing North Carolina license plate MR2619 came to rest in the right travel lane of westbound I-78, negligently blocking the right travel lane.

45.     On or about the above date and time, Defendants FedEx and OMG, through the negligent actions of Defendant Manvelidze (including but not limited to suddenly and without warning slowed and stopped in the left travel lane of westbound-I-78, approximately 250 feet in front of the Old Dominion tractor-trailer), thereby blocking the left travel lane.

46.     On or about the above date and time, Defendant Transervice, through the negligent actions of its driver Alfred D. Kinnick (now deceased), including but not limited to driving too fast for conditions and negligently using a cell phone while driving, struck the FedEx tractor-trailer and pushed it into a "jackknife" position, creating a total blockage of all westbound travel lanes of I-78.

47.     The operator of Plaintiff New Prime's tractor-trailer, taking note of windy and snowy weather conditions at the time, as well as the "jackknifed" FedEx tractor-trailer ahead, slowed the New Prime tractor-trailer and brought it to a controlled stop in the center median without striking any other vehicles or objects.

48.     On or about the above date and time, Defendant Landes, through the negligent actions of Defendant Mollenkopf (including but not limited to driving too fast for conditions), veered to the left to avoid the blocked travel lanes, and struck at least one passenger vehicle and the rear of New Prime's stopped trailer, causing damage to New Prime's trailer and its cargo.

49.     On or about the above date and time, Defendant Total Transportation, through the negligent actions of Defendant Herman (including but not limited to driving too fast for conditions), veered to the left to avoid the blocked travel lanes, striking New Prime's trailer at a high rate of speed, causing the New Prime unit to roll over on its passenger side, and causing damage to New Prime's trailer, its cargo, and the roadway and surrounding environment.

50.     On or about the above date and time, Defendant Old Dominion, through the

negligent actions of its driver and/or Defendant Fantom (including, but not limited to, driving too fast for conditions), negligently lost control of the green 2016 Freightliner sleeper cab bearing North Carolina license plate MN6259 and hauling double Wabash trailers, causing the unit to slide to the left and jackknife, striking other vehicles and the rear of New Prime's trailer, causing damage to New Prime's trailer, its cargo, and the roadway and surrounding environment.

51.     The aforesaid damages to New Prime was caused by negligent and carelessness of the Defendants, acting jointly and severally, including but not limited to the following acts or omissions:

(a.)     Failing to operate a motor vehicle under proper and adequate control;

(b.)     Suddenly slowing and/or stopping on travel lanes;

(c.)     Blocking travel lanes on the highway;

(d.)     Failing to keep a proper lookout for hazards and other vehicles on the roadway;

(e.)     Using a cell phone while driving in violation of Federal and Pennsylvania law;

(f.)     Driving too fast for conditions then existing;

(g.)     Failing to keep a proper lookout for the Plaintiff's vehicle;

(h.)     Failing to have due regard for the point and position of Plaintiff's vehicle;

(i.)     Violating the rules of the road, the ordinances of Bethel Township and Lancaster County, the Motor Vehicle Code of the Commonwealth of Pennsylvania, the Motor Carrier Safety Regulations and other Federal rules and laws governing the safe operation of motor vehicle and commercial motor vehicles;

(j.)     Failing to hire competent employees and commercial drivers who were qualified to safely operate a tractor-trailer;

(k.)     Failing to properly train and supervise employees and commercial drivers;

(l.)     Failing to establish, implement, and enforce policies and procedures for the safe operation of a tractor-trailer;

(m.)    Failing to properly inspect and/or maintain a commercial vehicle.

52.     As a result of aforesaid negligence of the Defendants, Plaintiff incurred costs in the form of specialized cleanup expenses, towing and storage, plus severe damage to its trailer and the loss of cargo, totaling at least $151,905.01, plus continuing loss of use:

$ 59,574.92    cost to repair trailer - see Exhibit "A," Quote for Repair, attached;

$ 26,200.00    towing/4 days storage – see Exhibit "B," V&M Towing invoice, attached;

$51, 908.43    cargo loss, minus salvage – see Exhibit "C," cargo documents, attached;

$ 14,221.66    clean up costs – see Exhibit "D," PES invoice, attached

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in its favor and against Defendants, individually, jointly and severally, for $151,905.01, together with any further loss-of-use damages, costs, attorneys' fees, and such other relief as the law permits.

Respectfully submitted,

RYAN, BROWN, McDONNELL,
BERGER & GIBBONS, P.C.

By:     /s/ Cynthia M. Certo
Cynthia M. Certo, Esq.
PA Identification No. 72651
1600 Market Street, 14th Floor
Philadelphia, PA 19103-7240
(215) 564-3800
certo@ryanbrown.com

Attorney for Plaintiff,
NEW PRIME, INC.