UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| New Prime, Inc. : | |
|       Plaintiff, : | |
|   v. : | NO. 1:18-cv-00226-CCC |
| : | |
| Transervice Logistics, Inc., Estate of Alfred D. : | |
| Kinnick, Fed Ex Ground Package System, Inc., : | |
| OMG Trucking, Shota Manvelidze, Old : | |
| Dominion Freight Line, Danny Fantom, Donnie : | |
| Williams, Landes Trucking LLC, Daniel : | |
| Mollenkopf, Total Transportation of Mississippi : | |
| and Clarence Herman, : | |
|       Defendants, : | |
|   v. : | |
| : | |
| Old Dominion Freight Line, : | |
|       Counterclaim Plaintiff. : | |

**STIPULATION TO DISMISS**

It is hereby STIPULATED by and between counsel for all parties that any and all claims are hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

By: */s/ Cynthia M. Certo*
   Cynthia M. Certo, Esquire
   Ryan, Brown, Berger & Gibbons, P.C.
   *Attorneys for Plaintiff*

By: */s/ Joanna D. Buchanico*
   Joanna D. Buchanico, Esquire
   Marshall Dennehey Warner Coleman & Goggin
   *Attorneys for Defendants, Transervice Logistics, Inc. and Estate of Alfred D. Kinnick*

By: */s/ Kathleen P. Dapper*
   Kathleen P. Dapper, Esquire
   Burns White, LLC
   *Attorneys for Defendants, Fed-Ex Ground Package System, Inc., OMG Trucking and Shota Manvelidze*

By: */s/ June J. Essis*
   June J. Essis, Esquire
   Weber Gallagher
   *Attorneys for Defendants, Old Dominion Freight Line, Danny Fantom and Donnie Williams*

By: */s/ Zachary J. Ballard*
   Zachary J. Ballard, Esquire
   Salmon, Ricchezza, Singer & Turchi, LLP
   *Attorneys for Defendants, Landes Trucking, LLC and Daniel Mollenkopf*

By: */s/ James DeCinti*
   James DeCinti, Esquire
   Pion, Nerone, Girman, Winslow & Smith, P.C.
   *Attorneys for Defendants, Total Transportation of Mississippi and Clarence Herman*

Dated: December 7, 2022.